# MASSENA LAW P.C.

305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
EMAIL: AVM@MASSENALAW.COM

♦ ADMITTED IN FEDERAL AND
NEW YORK STATE COURTS

August 29, 2022

*Via ECF*

Hon. Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Cedric Keyon Christopher,* **1:22-CR-00435 (LAP)**

Dear Judge Preska:

      I represent Cedric Keyon Christopher in the above-referenced matter. This matter is scheduled for telephonic conference August 31, 2022, at 10am. I will be unavailable at that time due to a family matter. I am therefore requesting that the Court allow my colleague James Bell to appear in my place for the scheduled conference. I have discussed this request with my client and he consents to Mr. Bell appearing on my behalf.

      Please contact me if you have any questions or concerns. Thank you for your consideration.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

8/30/22

Respectfully Submitted;
/S/
Alain V. Massena,
Massena Law P.C.