**MASSENA LAW P.C.**
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@Massenalaw.com

* Admitted in Federal and
  New York State Courts

April 25, 2023

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re: United States v. Cedric Christopher et al., 22 Cr. 435 (LAP)

Dear Judge Preska

I represent Cedric Christopher in relation to the above-referenced case. On behalf of Mr. Christopher, I write to this Court requesting a modification of the terms of his release. Mr. Christopher recently experienced the birth of his first child, and he is eager to participate fully in his child's care. Mr. Christopher seeks to reside in his own apartment with his new child and the child's mother. The current conditions of his release restrict his ability to fully participate in childcare responsibilities. According to Lesciara Q. Walker, U.S. Probation Officer (USPO) for the Eastern District of Arkansas; Mr. Christopher has completed a substance abuse assessment on August 22, 2022, and was not recommended for treatment. In addition, USPO Walker reports that all of Mr. Christopher's drug screens have been negative, and he has successfully completed code-a-phone.

Mr. Christopher respectfully requests that <u>his electronic monitoring device be removed completely and that his curfew be lifted.</u> He is not ordered to home detention nor home incarceration, therefore leaving in place stand-alone monitoring. The Government consents to this request as does USPO Walker and USPO Francesca Piperato of the Southern District of New York.

Thank you to the Court for your time and consideration.

Sincerely
*Alain V. Massena*
Alain V. Massena

SO ORDERED.
*Loretta A. Preska*
4/26/23