**MASSENA LAW PLLC**
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@Massenalaw.com

• Admitted in Federal and
  New York State Courts

October 5, 2023

**VIA ECF**
Hon. Loretta A. Preska
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        **Re:** *United States v. Cedric Kenyon Christopher, Jr.*, et al., 22-cr-435-LAP-3.

Dear Judge Preska,

    I represent Cedric Kenyon Christopher, one of the defendants in the above-captioned case. The Court has scheduled a conference in this matter for October 10, 2023, at 11:00 a.m. For similar reasons as stated in Ms. Hillard's letter, I write to ask the Court to <u>allow Mr. Christopher and me to appear by videoconference.</u>

    Mr. Christopher resides in Little Rock, Arkansas, is working full-time and cares for his newborn child, traveling to New York would be expensive and disruptive. I have also advised Mr. Christopher that he has a right to appear in person. He understands that right and will waive it if the Court grants this request.

    I have conferred with Assistant United States Attorney Jane Chong, and the government has no objection to this request.

SO ORDERED.

*[signature: Loretta A. Preska]*
10/6/2023

Respectfully Submitted,
*Alain V. Massena*
Alain V. Massena, Esq.