**MASSENA LAW P.C.**
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@MassenaLaw.com

* Admitted in Federal and
  New York State Courts

April 2, 2024

<u>**VIA ECF**</u>

Hon. Loretta A. Preska
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Defendant's request is granted.  Mr. Christopher may appear remotely at the conference scheduled for April 3, 2024.
>
> <u>**SO ORDERED.**</u>
>
> *Loretta A. Preska*
> _____
> LORETTA A. PRESKA, U.S.D.J.
> 04/02/2024

*Re: United States v. Cedric Kenyon Christopher, Jr., et al., 22 –cr-435-LAP-3*

Dear Judge Preska,

I represent Cedric Kenyon Christopher, one of the defendants in the above-captioned case.  The Court scheduled an appearance in the matter for April 3, 2024 at 12:00 noon.  I write to ask the Court to allow Mr. Christopher to appear by videoconference.

Mr. Christopher resides in Little Rock, Arkansas, is working full-time and provides daily care for his young child thus traveling to New York would be expensive and disruptive.  I have also advised Mr. Christopher that he has a right to appear in person (and an obligation to do so unless excused by the Court.)  He understands that right and will waive it if the Court grants this request.

I have conferred with Assistant United States Attorney Jane Chong, and the government has no objection to this request.

Respectfully Submitted,
  *Alain V. Massena*

                                        Alain V. Massena, Esq.