UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:22-cr-00435 (LAP) (3) |
| Appellee, | : | <u>ORDER</u> |
| v. | : | |
| CEDRIC KENYON CHRISTOPHER, JR. | : | |
| Defendant-Appellant. | : | |

------------------------------------------x

Upon the application of ALAIN V. MASSENA, ESQ., pursuant to 18 U.S.C. § 4285, and upon a finding that the interest of justice would be served thereby,

IT IS HEREBY ORDERED, that the United States Marshals Service shall arrange for the non-custodial transportation by air of CEDRIC KENYON CHRISTOPHER, JR, a defendant in this action, from any appropriate airport in or near Little Rock, Arkansas to any appropriate airport in or near New York City, departing on April 3, 2025.

The Court further authorizes the use of CJA funds to purchase a return airline ticket from New York City to Little Rock, Arkansas, departing the evening of April 3, 2025.

Dated: New York, New York
       March 28, 2025

SO ORDERED

_____
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York