UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:22-cr-00435 (LAP) (3) |
| Appellee, | : | <u>ORDER</u> |
| v. | : | |
| CEDRIC KENYON CHRISTOPHER, JR. | : | |
| Defendant-Appellant. | : | |

-------------------------------------------------------------------x

Upon the application of ALAIN V. MASSENA, ESQ., pursuant to 18 U.S.C. § 4285, and upon a finding that the interest of justice would be served thereby,

IT IS HEREBY ORDERED, that the United States Marshals Service shall arrange for the non- custodial transportation by air of CEDRIC KENYON CHRISTOPHER, JR, a defendant in this action, from any appropriate airport in or near Little Rock, Arkansas to any appropriate airport in or near New York City, departing on September 8, 2025.

The Court further authorizes the use of CJA funds to purchase a return airline ticket from New York City to Little Rock, Arkansas, departing the evening of September 8, 2025.

Dated: New York, New York
      August <u>15</u>, 2025

                                       SO ORDERED

                                       *Loretta A. Preska*
                                       _____

                                       The Honorable Loretta A. Preska
                                       United States District Judge
                                       Southern District of New York