UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

CEDRIC KEYON CHRISTOPHER, JR.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:    PRELIMINARY ORDER OF
:    FORFEITURE AS TO
:    <u>SPECIFIC PROPERTY</u>

:    22 Cr. 435 (LAP)

WHEREAS, on or about August 10, 2022, CEDRIC KEYON CHRISTOPHER, JR. (the "Defendant"), among others, was charged in a three-count Indictment, 22 Cr. 435 (LAP) (the "Indictment"), with firearms trafficking conspiracy, in violation of Title 18, United States Code, Section 371 (Count One); firearms trafficking, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1), and 2 (Count Two); and interstate travel with intent to commit gun trafficking, in violation of Title 18, United States Code, Sections 924(n) and 2 (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), of any and all firearms and ammunition involved in or used in the offenses charged in Counts One through Three of the Indictment, including, *inter alia*, but not limited to:

    a. One Taurus G3C pistol, serial number ABN323411, purchased by the Defendant;

    b. One Taurus G3C pistol, serial number ACA452018, purchased by the Defendant;

    c. One Weihrauch Windicator revolver, serial number 1574498, purchased by the Defendant;

    d. One Glock 21 pistol, serial number BCKS441, purchased by the Defendant; and

     e.   One Sarsilmaz SAR 9 pistol, serial number T1102-21BV50455, purchased by the Defendant;

(a. through e., collectively, the "Indictment Property");

WHEREAS, on or about April 3, 2025 the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all right, title, and interest of the Defendant in the Indictment Property;

WHEREAS, the Government asserts that the following specific property constitutes firearms involved in the offense charged in Count One of the Indictment:

     a.   One Taurus G3C pistol, serial number ABN323411, purchased by the Defendant, seized by the Government on or about March 13, 2021 in the Bronx, New York;

     b.   One Taurus G3C pistol, serial number ACA452018, purchased by the Defendant, seized by the Government on or about August 27, 2021 in the Bronx, New York;

     c.   One Weihrauch Windicator revolver, serial number 1574498, purchased by the Defendant, seized by the Government on or about April 4, 2021, in the Bronx, New York;

     d.   One Glock 21 pistol, serial number BCKS441, purchased by the Defendant, seized by the Government on or about September 4, 2020, in the Bronx, New York; and

     e.   One Sarsilmaz SAR 9 pistol, serial number T1102-21BV50455, purchased by the Defendant, seized by the Government on or about May 6, 2021, in Little Rock, Arkansas;

(a. through e., collectively, the "Specific Property");

WHEREAS, the Government seeks the forfeiture of all right, title, and interest of the Defendant in the Specific Property, as firearms involved in the offense charged in Count One of the Indictment; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all right, title, and interest of the Defendant in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant, CEDRIC KEYON CHRISTOPHER, JR., and shall be deemed part of the sentence of the Defendant and shall be included in the judgment of conviction therewith.

3.      Upon entry of this Preliminary Order of Forfeiture as to Specific Property, the United States Marshals Service (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty

(30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.      The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.      Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.    The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture as to Specific Property, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.


SO ORDERED:


_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

_4/13/26_____
DATE